HENRY VANDERKOOGH, Respondent, v. PRUDENTIAL FARMS OF NASSAU COUNTY, INC., Appellant.— Order of the County Court of Nassau county affirming a judgment of the Justice's Court of the town of Hempstead in favor of the plaintiff and against the defendant for the sum of $187.51 reversed on the law, judgment of the Justice's Court vacated, and the complaint dismissed, with costs. By the terms of the contract, under which the moneys sued for were deposited by the plaintiff with the defendant, an action cannot be maintained for their recovery until sixty days after the termination of said agreement, which agreement does not expire until eighteen months after plaintiff's employment thereunder ceased. Scudder, Tompkins and Johnston, JJ., concur; Lazansky, P. J., and Hagarty, J., dissent and vote to affirm.

WARRINER SMITH UTILITIES, INC., Appellant, v. BESSIE FRIEDMAN, Also Known as BESSIE FREEDMAN, Respondent, and LOUIS FRIEDMAN, also Known as LOUIS FREEDMAN, Defendant.— Action for materials furnished and labor performed. Judgment reversed on the law and a new trial granted, costs to appellant to abide the event. The plaintiff established a *prima facie* case against the respondent. Further, we are of opinion that the trial court erred in excluding the contract for the installation of the gas outfit, which contract bears the signature of the respondent. Lazansky, P. J., Hagarty, Scudder, Tompkins and Johnston, JJ., concur.